**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Christopher Rashaud BROWN,**
**Defendant–Appellant.**

**No. 12–10199**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2012.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Christopher Rashaud Brown, Fort Worth, TX, pro se.

Before DAVIS, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM: *

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

398

The Federal Public Defender appointed to represent Christopher Rashaud Brown has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Brown has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.